```
                    UNITED STATES DISTRICT COURT
                          District of Maine

CHUKWUMA E. AZUBUKO and      )
PRECIOUS OKEREKE,            )
                             )
            Plaintiffs,      )
                             )
vs.                          )    Civil No. 06-152-B-W
                             )
DEDHAM MASSACHUSETTS POLICE  )
COMMISSIONER and PARKWAY     )
TOWING,                      )
                             )
            Defendants.      )
```

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 8, 2006 her Recommended Decision. Plaintiff Chukwuma E. Azubuko filed his objections to the Recommended Decision on December 21, 2006. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate's Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that Plaintiff Chukwuma E. Azubuko's motion for leave to proceed in forma pauperis is DENIED and the complaint is summarily DISMISSED for failure to state a claim.

```
                                        /s/John A. Woodcock, Jr.
                                        U.S. District Judge
```

Dated this 28th day of December, 2006.